[No. 40679-9-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN DANIEL DUTKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00008-9, John F. Nichols, J., entered April 30, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 40707-8-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DEAN VEACH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00622-3, James W. Lawler, J., entered May 4, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Johanson, JJ.

[No. 40791-4-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY T. SCHUMACHER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00150-9, David L. Edwards, J., entered June 1, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 41757-0-II. Division Two. June 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. G.E.H., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-8-00844-1, Daniel L. Stahnke, J. Pro Tem., and Edwin L. Poyfair, J., entered February 3, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.